**RECEIVED**
NOV 18 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-CR-209 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| DEVONTE ANTONIO VEASLEY, | ) | T. 18 U.S.C. § 922(g)(3) |
| | ) | T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Prohibited Person in Possession of a Firearm)**

On or about January 24, 2020, in the Southern District of Iowa, the defendant, DEVONTE ANTONIO VEASLEY, in and affecting commerce, knowingly possessed a firearm, namely: a Kel-Tec PF-9 9mm pistol, with unknown serial number. At the time of the offense, the defendant knew he was an unlawful user of a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Amy Jennings
Assistant United States Attorney

1